Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HUNTINGTON,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>CAROLYN W. COLVIN, Acting    )<br>Commissioner of Social Security, )<br>                              )<br>     Defendant.             )<br>_____ ) | CASE NO.: 5:14-cv-00494-SH<br><br>ORDER<br>AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATED:  January 7, 2015              _____
                                      STEPHEN J. HILLMAN
                                      UNITED STATES MAGISTRATE JUDGE